# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| DEBRA HO-SUE, *et al.,* | : |
| Plaintiffs, | : |
| | : |
| v. | :   Civil No. 5:20-cv-03639-JMG |
| | : |
| TRIPLE NET INVESTMENTS, XXII L.P., | : |
| Defendant. | : |

_____

## ORDER

**AND NOW,** this 8th day of February, 2021, upon careful consideration of Defendant Triple Net Investments, XXII L.P.'s ("Triple Net") Motion for Summary Judgment (ECF No. 7), Plaintiffs Debra and Howard Ho-Sue's response in opposition (ECF No. 10), the parties' supplemental briefs (ECF Nos. 14, 16), and any exhibits attached thereto, it is hereby **ORDERED** as follows:

1. Triple Net's Motion for Summary Judgment (ECF No. 7) is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendant Triple Net and against Plaintiffs Debra and Howard Ho-Sue.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge